OPINION — AG — QUESTION: "MAY THE APPROPRIATIONS TO THE PREDATORY ANIMAL CONTROL FUND, MADE IN SECTION 4 OF ENROLLED HOUSE BILL NO. 1014 OF THE 29TH LEGISLATURE. . . . . FROM ANY MONIES ACCRUING TO THE CREDIT OF THE EMERGENCY APPROPRIATION FUND FOR THE FISCAL YEAR ENDING JUNE 30, 1964, OVER AND ABOVE ALL OTHER APPROPRIATIONS MADE FROM SAID FUND, THE SUM OF $100,00.00 OR ANY PART THEREOF . . . BE LEGALLY EXPENDED DURING THE FISCAL YEAR ENDING JUNE 30, 1965?" — AFFIRMATIVE (FRED HANSEN)